UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YISTHEN YNOA,<br><br>Defendant. | Case No. 19-cr-10427-MLW |

## ASSENTED-TO MOTION FOR FUNDS FOR HEARING TRANSCRIPTS

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, Defendant Yisthen Ynoa hereby moves, with the assent of the Government, for this Court to authorize the payment of funds to pay the Court's court reporter, Deborah Scalfani, for a transcript of detention hearings held on November 18, 2019 (ECF No. 11) and November 21, 2019 (ECF No. 16). In support of this motion for funds, Defendant states:

1. On November 15, 2019, Mr. Ynoa was arrested on an Indictment charging him with two counts of cocaine distribution, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(C). He was released on conditions on November 22, 2019, and pled guilty to both counts on February 1, 2021. His sentencing was originally set for June 8, 2021, but has been continued due to Mr. Ynoa's acceptance into the RISE program. On May 11, 2021 the Court ordered that Mr. Ynoa's sentencing not be scheduled until after he "successfully completes the RISE program or leaves the program before successfully completing it."

2. The transcript for which funds are requested by way of this motion is needed to help Mr. Ynoa and counsel prepare for Mr. Ynoa's sentencing hearing, and to help Mr. Ynoa satisfactorily address false and threatening accusations he has faced from individuals in his community.

ACTIVE/113431120.1